CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 24 2007

JOHN F. CORCORAN, CLERK
BY: /s/ J. Brught
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| W. DAVID PAXTON, | ) |
| | ) Civil Action No. 7:06-CV-00152 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ANTHEM HEALTH PLANS OF | ) |
| VIRGINIA, INC., | ) |
| t/a ANTHEM BLUE CROSS AND | ) |
| BLUE SHIELD, | ) |
| | ) By: Hon. James C. Turk |
| Defendant. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day in the above captioned matter, Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is **DENIED** with respect to Count I of the Complaint, and **GRANTED** with respect to Counts II and III of the Complaint.

The Clerk of Court is directed to send certified copies of this Order to all counsel of record.

ENTER: This 24th day of May, 2007.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE